JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Hull,<br><br>                Plaintiff,<br><br>        v.<br><br>MHD Enterprises, Inc, a California<br>Corporation; and Does 1-10,<br>                Defendants. | Case No.: 2:20-cv-07187-PA-AS<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  August 10, 2020<br>Trial Date:     Not on Calendar |

1    Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before

2    it, and being fully advised finds as follows:

3    **IT IS ORDERED THAT:**

4    Plaintiff Ed Hull's ("Plaintiff") action against Defendant MHD Enterprises, Inc, a

5    California Corporation ("Defendant") is dismissed with prejudice. Each party will be

6    responsible for their own fees and costs.

7

8

9

10

11   Dated:  February 3, 2021

12                                                              Percy Anderson
                                                               United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE